IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                         No. 3:17-cr-30019-DRH

MARCUS TIMBERSON,

    Defendant.

## ORDER

**HERNDON, District Judge:**

    Pending before the Court is defendant Marcus Timberson's motion to dismiss the Superseding Indictment (Doc. 29). Timberson has newly appointed counsel representing him, *see* Docs. 9-10, thus, any filings he wishes to make must be done through counsel. *See United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998) (defendant has no affirmative right to submit pro se filing when represented by counsel); *see also Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (per curiam). Accordingly, Timberson's motion to dismiss (Doc. 29) is **STRICKEN** as improperly before the Court.

    **IT IS SO ORDERED**.

    Signed this 17th day of April, 2017.

Digitally signed by Judge David R. Herndon
Date: 2017.04.17 11:50:07 -05'00'

**UNITED STATES DISTRICT JUDGE**